RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorneys for Defendant
JAMES ASHFORD WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES ASHFORD WHITE, et al,<br><br>　　　　　Defendants.<br>_____/ | CR. 07-570-FCD<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Randy Sue Pollock, counsel for defendant James Ashford White, and Assistant United States Attorney Heiko Coppola that the terms and conditions of his release be modified to permit him to live with his girlfriend, Kathy Wilcox, at 195 W. Coast Road, Redway, CA 95560. This residence is owned by Ms. Wilcox's parents.

///

///

1 | Tim Elder who is Mr. White's supervising Pretrial Service Officer has no objection to
2 | this modification of the bond.

Date: January 13, 2009                    /s/ Randy Sue Pollock
                                          Randy Sue Pollock
                                          Michael Stepanian
                                          Counsel for Defendant
                                          JAMES ASHFORD WHITE

Date: January 13, 2009                     /s/
                                          Heiko Coppola
                                          Assistant United States Attorney

SO ORDERED:

Date:   January 15, 2009

                                           /s/ Gregory G. Hollows
                                          United States Magistrate Judge

white570.ord