RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorneys for Defendant
JAMES ASHFORD WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-07-570 FCD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE DATE OF SENTENCING** |
| JAMES ASHFORD WHITE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Randy Sue Pollock and Michael Stepanian, counsel for defendant James Ashford White, and Assistant United States Attorney Heiko Coppola that the sentencing presently set for January 19, 2010 be continued to Monday, March 15, 2010 at 10 a.m.  This continuance is at the request of the defense in order to have sufficient time to prepare for sentencing.

///

///

1  U.S. Probation Officer Julie Fowler has no objection to this continuance.

4  Date: December 28, 2009                 /s/ Randy Sue Pollock
                                           Randy Sue Pollock
                                           Michael Stepanian
                                           Counsel for Defendant
                                           JAMES ASHFORD WHITE

8  Date: December 28, 2009                 /s/
                                           Heiko Coppola
                                           Assistant United States Attorney

**IT IS SO ORDERED:**

Date:   December 29, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2