RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:   (415) 474-3748

Attorneys for Defendant
JAMES ASHFORD WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES ASHFORD WHITE, et al,<br><br>Defendants.<br>_____/ | **CR. S-07-570-FCD**<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR SENTENCING AND REVISED SCHEDULE FOR SENTENCING MEMORANDUM**<br>_____ |

   IT IS HEREBY STIPULATED by and between Randy Sue Pollock and Michael Stepanian, counsel for defendant James Ashford White, and Assistant United States Attorney Heiko Coppola that sentencing which is presently set for March 15, 2010, be continued to May 24, 2010, at 10:00 a.m.  The reason for this continuance is that the defense needs additional time to prepare for sentencing and Mr. White has had recent health problems that have limited his ability to meet with counsel.

///

///

The following shall be the revised schedule for disclosure of the pre-sentence report and for filing of objections and sentencing memorandum:

| | |
|---|---|
| The proposed pre-sentence report shall be disclosed to counsel no later than: | **April 19, 2010** |
| Counsel's written objections to the Pre-sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **May 3, 2010** |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | **May 10, 2010** |
| Motion for Correction of the Pre-Sentence**;** Sentencing Memorandum | **May 14, 2010** |

///
///
///
///
///
///
///
///

1  All briefing shall be filed no later than 4:00 p.m. on the date it is due.

2  U.S. Probation Officer Julie Fowler has no objection to this schedule.

3

4

5  Date: February 5, 2010                                /s/ Randy Sue Pollock
                                                        Randy Sue Pollock
6                                                       Michael Stepanian
                                                        Counsel for Defendant
7                                                       JAMES ASHFORD WHITE

8

9

10 Date: February 5, 2010                               /s/
                                                        Heiko Coppola
11                                                      Assistant United States Attorney

12

13
       **IT IS SO ORDERED.**
14

15
   Date:   February 8, 2010
16
                                                        FRANK C. DAMRELL, JR.
17                                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28