RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorneys for Defendant
JAMES ASHFORD WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMES ASHFORD WHITE,<br><br>            Defendant.<br>_____/ | CR. S-07-570-FCD<br><br>**STIPULATION AND ORDER TO CONTINUE DATE OF SENTENCING**<br>_____ |

   IT IS HEREBY STIPULATED by and between Randy Sue Pollock and Michael Stepanian, counsel for defendant James Ashford White, and Assistant United States Attorney Heiko Coppola that the sentencing presently set for May 24, 2010 be continued to Monday, July 26, 2010 at 10 a.m.  This continuance is at the request of the defense in order to have sufficient time to prepare for sentencing. Counsel need to meet and confer with Mr. White who lives in Mendocino County.

///

U.S. Probation Officer Julie Fowler has no objection to this continuance.

Date: May 3, 2009                           _____/s/_____
                                               Randy Sue Pollock
                                               Michael Stepanian
                                               Counsel for Defendant
                                               JAMES ASHFORD WHITE

Date: May 3, 2010                           _____/s/_____
                                               Heiko Coppola
                                               Assistant United States Attorney

**IT IS SO ORDERED:**

Date:  May 4 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE