1 RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2 2831 Telegraph Avenue
Oakland, CA 94609
3 Telephone: (510) 763-9967
Facsimile:   (510) 272-0711
4
MICHAEL STEPANIAN
5 Attorney at Law (CSBN 037712)
819 Eddy Street
6 San Francisco, CA 94109
Telephone: (415) 771-6174
7 Facsimile:   (415) 474-3748
8 Attorneys for Defendant
JAMES ASHFORD WHITE
9

10
UNITED STATES DISTRICT COURT
11
EASTERN DISTRICT OF CALIFORNIA
12
−ooo−
13

14 UNITED STATES OF AMERICA,          **CR.  07-570-FCD**

15          Plaintiff,

16 vs.                                **STIPULATION TO REVISE
                                       SCHEDULE FOR SENTENCING
17                                     MEMORANDUM AND DISCLOSURE**
JAMES ASHFORD WHITE, et al,         **OF PRESENTENCE REPORT**
18                                   _____
         Defendants.

19 _____/

20

21          IT IS HEREBY STIPULATED by and between Randy Sue Pollock and Michael

22 Stepanian, counsel for defendant James Ashford White, and Assistant United States

23 Attorney Heiko Coppola that the following shall be the revised schedule for disclosure of

24 the pre-sentence report and for filing of objections and sentencing memorandum:

25          Counsel's written objections to the

26          Pre-sentence Report shall be delivered

27          to the Probation Officer and opposing

28          counsel no later than:                              **July 5, 2010**

1     The Pre-Sentence Report shall be filed                          \

2     with the Court and disclosed to counsel

3     no later than:                                          **July 12, 2010**

4

5     Motion for Correction of the Pre-Sentence**;**

6     Sentencing Memorandum                                   **July 19, 2010**

7

8     U.S. Probation Officer Julie Fowler has no objection to this schedule.

9

10    Date:   May 4, 2010                          _____/s/_____
                                                    Randy Sue Pollock
11                                                  Michael Stepanian
                                                    Counsel for Defendant
12                                                  JAMES ASHFORD WHITE

13

14

15

16    Date:  May 4, 2010                           _____/s/_____
                                                    Heiko Coppola
17                                                  Assistant United States Attorney

18

19

**SO ORDERED:**
20

21
      Date:   May 6, 2010                           _____
22                                                  FRANK C. DAMRELL, JR.
                                                    UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28