RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:   (415) 474-3748

Attorneys for Defendant
JAMES ASHFORD WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| UNITED STATES OF AMERICA, | CR. S-07-570-FCD |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE DATE OF SENTENCING** |
| JAMES ASHFORD WHITE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Randy Sue Pollock and Michael Stepanian, counsel for defendant James Ashford White, and Assistant United States Attorney Heiko Coppola that the sentencing presently set for July 26, 2010 be continued to Monday, October 12, 2010 at 10 a.m.  This continuance is at the request of defense counsel based on unavailability due to vacations.

/ / /

/ / /

/ / /

1 | U.S. Probation Officer Julie Fowler has no objection to this continuance.

Date: June 30, 2010

    /S/   RANDY SUE POLLOCK
Randy Sue Pollock
Michael Stepanian
Counsel for Defendant
JAMES ASHFORD WHITE

Date: June 30, 2010

    /S/  HEIKO COPPOLA
Heiko Coppola
Assistant United States Attorney

IT IS SO ORDERED:

Date: July 1, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE