RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorneys for Defendant
JAMES ASHFORD WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JAMES ASHFORD WHITE,<br><br>          Defendant.<br>_____/ | **CR. S-07-570-FCD**<br><br>**REVISED STIPULATION RE. SCHEDULE FOR SENTENCING MEMORANDUM AND DISCLOSURE OF PRESENTENCE REPORT; ORDER**<br>_____ |

Given that sentencing in this case has been continued to October 12, 2010, IT IS HEREBY STIPULATED by and between Randy Sue Pollock and Michael Stepanian, counsel for defendant James Ashford White, and Assistant United States Attorney Heiko Coppola that the following shall be the revised schedule for disclosure of the pre-sentence report and for filing of objections and sentencing memorandum:

| | |
|---|---:|
| Counsel's written objections to the Pre-sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **September 20, 2010** |

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | **September 27, 2010** |
| Motion for Correction of the Pre-Sentence; Sentencing Memorandum**:** | **October 4, 2010** |

U.S. Probation Officer Julie Fowler has no objection to this schedule.

Date: July 19, 2010            /S/   RANDY SUE POLLOCK
                               Randy Sue Pollock
                               Michael Stepanian
                               Counsel for Defendant
                               JAMES ASHFORD WHITE


Date: July 19, 2010            /S/   HEIKO COPPOLA
                               Heiko Coppola
                               Assistant United States Attorney


**IT IS SO ORDERED:**

Date: July 20, 2010            _____
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE