RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorneys for Defendant
JAMES ASHFORD WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-07-570-FCD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE DATE OF SENTENCING** |
| JAMES ASHFORD WHITE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Randy Sue Pollock and Michael Stepanian, counsel for defendant James Ashford White, and Assistant United States Attorney Heiko Coppola that the sentencing presently set for November 15, 2010 be continued to Monday, December 6, 2010 at 10:00 a.m.  This continuance is at the request of defense counsel based on unavailability.

///

///

U.S. Probation Officer Julie Fowler has no objection to this continuance.

Date: November 11, 2010                      /S/   RANDY SUE POLLOCK
                                             Randy Sue Pollock
                                             Michael Stepanian
                                             Counsel for Defendant
                                             JAMES ASHFORD WHITE

Date: November 11, 2010                      /S/   HEIKO COPPOLA
                                             Heiko Coppola
                                             Assistant United States Attorney

**IT IS SO ORDERED.**

Date:   November12, 2010

                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE

**Stipulation to Continue Date of Sentencing**          2