RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorney for Defendant
JAMES ASHFORD WHITE

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br><br><br>JAMES ASHFORD WHITE,<br><br>            Defendant<br>_____/ | NO. CR. S-07-00570-FCD<br><br>**ORDER TO EXONERATE REAL PROPERTY POSTED FOR BAIL; TO DISCHARGE LIENS AND TO RECONVEY PROPERTY TO THE SURETIES**<br>_____ |

   GOOD CAUSE SHOWN, based on the fact that defendant JAMES ASHFORD WHITE has been sentenced and is in the custody of the Bureau of Prisons,

   IT IS HEREBY ORDERED that the property bond is exonerated and the lien against the following property is discharged:

   **1001 Little Buck Mountain, Garberville, CA 95542**

   The Clerk of the Court is directed to reconvey to the sureties property posed on behalf of  Mr. White.

Dated: February 7, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE